**JENNIFER R. SNYDER**
**LAW OFFICES OF JENNIFER R. SNYDER**
Jennifer R. Snyder, Esq. (SBN 282585)
39675 Cedar Boulevard, Suite 250
Newark, CA 94560
(510) 573-1043 Telephone
(510) 573-3156 Facsimile

Attorney for Relators and Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex. rel. LISA VARGAS AND KAYLA VARGAS; LISA VARGAS; and KAYLA VARGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>MOHAMMED AHMED KHAN and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.<br><br>**MOTION TO FILE COMPLAINT *IN CAMERA* AND TO PLACE COMPLAINT UNDER SEAL**<br><br><u>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**</u><br><br>**DO NOT PLACE IN PRESS BOX**<br>**DO NOT ENTER ON PACER** |

**MOTION TO FILE COMPLAINT *IN CAMERA* AND TO PLACE COMPLAINT UNDER SEAL**

Proceeding in the name of the United States under the Civil False Claims Act, 31 U.S.C. Sections 3730, *et seq.*, Relators hereby move for an order filing the complaint and all other papers in this matter *in camera* and placing the complaint and those papers under seal, pursuant to 31 U.S.C. Section 3730(b)(2), which provides that complaints in civil False Claims Act cases "shall be filed *in camera*, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders."

MOTION TO FILE COMPLAINT IN CAMERA AND TO PLACE COMPLAINT UNDER SEAL - 1

1  WHEREFORE, Plaintiffs respectfully request this Court to grant their motion.

Dated: 9/1/18

_____
Jennifer R. Snyder, Attorney for Relators